IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

YESENIA GONZALEZ,

Defendant.

CRIMINAL CASE NO.
1:04-CR-00624-JEC-AJB

### ORDER

Defendant's letters of May 26, 2005 [26] AND October 1, 2005 [28] requesting jail credit of two days for every day spent in pretrial detention are before the Court. The Government has responded that the Court has no authority to award such credit. The Government appears to be correct. Accordingly, defendant's request for jail credit is **DENIED**.

Also before the Court is counsel for defendant, Allison C. Dawson's, September 13, 2005 letter requesting a recommendation to the Bureau of Prisons that defendant be allowed to participate in a drug treatment program. The probation office does not recommend a counseling program for the defendant because of the lack of verification that the addiction claim is accurate, because of the length of time between the alleged addiction and the instant prosecution, and because the defendant did not raise this matter before now. This request is therefore **DENIED**.

AO 72A
(Rev.8/82)

As to defendant's health issues, she needs to consult with BOP personnel concerning these matters and request appropriate care for her asthma and depression. The Court has forwarded a copy of this Order to the Warden of defendant's facility. The Court is sorry that defendant has been having problems adjusting to prison and is aware that defendant's separation from her child is very difficult for her.

SO ORDERED, this 30 day of NOVEMBER, 2005.

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE